IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| CARL TOOLE, | ) |
| Plaintiff, | ) |
| vs. | ) CV-98-C-2445-NE |
| JAMES GARRETTE, | ) |
| Defendant. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 17, 2001, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous, for failure to state a claim upon which relief may be granted and because plaintiff seeks monetary relief from a defendant who is immune from such relief under 28 U.S.C. § 1915A(b)(1) and (2). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous, for failure to state a claim upon which relief may be granted and because plaintiff seeks monetary relief from a defendant who is immune from such relief pursuant to 28 U.S.C. § 1915A(b)(1) and (2). A Final Judgment will be entered.

DATED this 17th day of August, 2001.

U. W. CLEMON
CHIEF U. S. DISTRICT JUDGE